Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN WATKINS,** | Case No. 2:17-cv-01086-TLN-CKD |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | |
| **IQ DATA INTERNATIONAL, INC.,** | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to the Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees. A proposed order has been concurrently submitted to this Court.

Respectfully submitted this 15th Day of February, 2018,

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiff

By: s/Allison J. Fernandez, Esq.
ALLISON J. FERNANDEZ
Attorneys for Defendant

JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE

1  Filed electronically on this 15th Day of February, 2018, with:

2

3  United States District Court CM/ECF system

4  Notification sent electronically via the Court's ECF system to:

5  Honorable Troy L. Nunley
6  United States District Court
   Northern District of California
7

8  And all counsel registered on ECF.

9

10 This 15th Day of February, 2018.

11 s/Todd M. Friedman, Esq.
12 TODD M. FRIEDMAN